UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
*************************

METROPOLITAN LIFE INSURANCE                    Case No. 1:20-cv-00407-JTN-PJG

    Plaintiff,                                    Hon. Janet T. Neff

v.

NANCY ELDRIDGE, JOHN E. WOOD, III
and JOHNSON-FEURSTEIN FUNERAL HOME,

    Defendants.

_____

| Davis M. Davis (P24006) | W. Todd Van Eck (P54745) |
| --- | --- |
| John M. Boyda (P39268) | Haley E. Clough (P81626) |
| HARDY, LEWIS & PAGE, P.C. | KOTZ SANGSTER WYSOCKI |
| Attorneys for Plaintiff | Attorney for Defendant Nancy Eldridge |
| 401 S. Old Woodward Ave., Suite 450 | 6739 Courtland Drive NE, Suite 102 |
| Birmingham, MI 48009 | Rockford, Michigan 49341 |
| (248) 645-0800 | (616) 866-6064 |
| dmd@hardylewis.com | tvaneck@kotzsangster.com |
| | hclough@kotzsangster.com |

_____

**DEFENDANT NANCY ELDRIDGE'S
ANSWER TO
PLAINTIFF'S COMPLAINT IN INTERPLEADER**

_____

NOW COMES the defendant, Nancy Eldridge (hereinafter "Defendant Eldridge"), by and through her attorneys, to file this answer to Plaintiff's Complaint in Interpleader (hereinafter "Plaintiff's Complaint"). Defendant Eldridge answers Plaintiff's Complaint as follows:

**NATURE OF THE ACTION**

Defendant Eldridge admits to the nature of the action contained in Plaintiff's Complaint.

**PARTIES**

1. Admit.

2. Admit.

3. Admit.

4. Admit.

## JURISDICTION AND VENUE

5. Admit.

6. Admit.

## CAUSE OF ACTION IN INTERPLEADER

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Admit.

14. Admit.

15. Admit.

16. Admit.

17. Admit, except that the name "Nancy Ross" is not known and is believed to be in error. The correct name is "Nancy Eldridge."

18. Admit.

19. Admit.

20. Admit that the paragraph 20 of Plaintiff's Complaint provides an argument for an ulterior distribution of the life insurance proceeds. Deny that such an argument is correct.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Admit.

WHEREFORE, Defendant Eldridge requests that this Honorable Court enter the following order and judgment:

A. Entering judgment to distribute the life insurance proceeds to Defendant Eldridge.

B. Awarding such other relief to any party as the Court deems legal and equitable.

Dated: June 23, 2020

_____
W. Todd Van Eck (P54745)
Kotz Sangster Wysocki, P.C.
Attorney for Defendant Nancy Eldridge
6739 Courtland Drive NE, Suite 102
Rockford, Michigan 49341
(616) 866-6064
tvaneck@kotzsangster.com