UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

NANCY ELDRIDGE, et al.,

    Defendants.

_____/

Case No. 1:20-cv-407

HON. JANET T. NEFF

## ORDER TO STRIKE

On June 24, 2020, Defendant Nancy Eldridge filed her Answer to the complaint (ECF No. 7). Upon review of the Answer, the Court finds that Defendant Nancy Eldridge failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response. For this reason, the Answer is stricken. Accordingly:

**IT IS HEREBY ORDERED** that the Answer to the complaint (ECF No. 7) is STRICKEN. Defendant Nancy Eldridge shall file a corrected answer, complying with the court rules, no later than seven (7) days from the date of this Order.

Dated: June 25, 2020

  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge